In re Villaronga, Maria; Villaronga, George; General Accident Ins. Co. Am.; Homer, Randye; Glendenning, Helen; Glendenning, Dennis; Glendenning, Pa-draig; — Plaintiff(s); applying for writ of certiorari and/or review; to the Court of Appeal, Fifth Circuit, Nos. 88-CA-0350, 88-CA-0351, 88-CA-0352, 88-CA-0353; Parish of Jefferson, 24th Judicial District Court, Div. “I”, Nos. 301-472, 302-086, 302-167, 302-265.
*328 Prior report: La.App., 536 So.2d 1307.
Denied.
DIXON, C.J., would grant the writ.